## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

BRIAN ANTHONY HOSPEDALES,      :

   Petitioner,              :

vs.                            :   CIVIL ACTION 06-00802-BH-B

DAVID O. STREIFF,[1]
*et al.*,                      :

   Respondents.             :

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED without prejudice** as prematurely filed.

   **DONE** this 4th day of June, 2007.

                                                     s/ W. B. Hand
                                                SENIOR DISTRICT JUDGE

---

[1] Robert Gaines is no longer the warden of the Perry County Correctional Center.  Accordingly, pursuant to the provisions of Rule 25(d) of the Federal Rules of Civil Procedure, David O. Streiff, as warden of that facility is substituted for Gaines as a proper respondent in this action.